UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62133-CIV-SCOLA

**MIRLENE GEORGES,**

       Plaintiff,

vs.

**G4S SECURE SOLUTIONS,
INTERNATIONAL, INC.,**
**a Florida corporation**

       Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff MIRLENE GEORGES (hereinafter "Plaintiff"), and Defendant G4S SECURE SOLUTIONS, INTERNATIONAL, INC., by and through the undersigned, hereby stipulate to the dismissal of this action with prejudice of all claims in this case, with each party to bear its own attorneys' fees, costs and disbursements. The parties request that the Court retain jurisdiction for sixty (60) days to enforce the terms of the settlement agreement.

1

Case No. 13-62133-CIV-SCOLA

Respectfully submitted this 2nd of April, 2014.

| JACKSON LEWIS P.C. | LAW OFFICES OF SANTIAGO J. PADILLA, P.A. |
|---|---|
| By   s/Jason D. Berkowitz | By   s/Santiago J. Padilla |
| Jason D. Berkowitz. Esq. | Santiago J. Padilla, Esq. |
| Florida Bar No.:  55414 | Florida Bar No.:  0037478 |
| E-Mail: berkowitzj@jacksonlewis.com | E-Mail:  sjp@padillalawoffice.com |
| Christine L. Wilson, Esq. | Attorney for Plaintiff |
| Florida Bar No.:  143588 | |
| E-Mail:  wilsonc@jacksonlewis.com | Law Offices of Santiago J. Padilla, P.A. |
| Attorneys for Defendant | 1001 Brickell Bay Drive, 32nd Floor |
| | Miami, Florida  33131 |
| Jackson Lewis P.C. | Tel:  (305) 358-1949 |
| One Biscayne Tower | Fax:  (305) 358-2141 |
| Suite 3500 | |
| 2 South Biscayne Boulevard | Raul De La Heria, Esq. |
| Miami, Florida  33131 | Florida Bar No.: 50474 |
| Telephone:  (305) 577-7600 | E-Mail:  raul@delaheria.com |
| Facsimile:  (305) 373-4466 | De La Heria & Associates |
| Attorneys for Defendant | 2100 Coral Way, Suite 500 |
| | Miami, Florida 33145 |
| | Telephone: (305) 858-2808 |
| | Facsimile: (305) 858-5540 |